**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL R. BROMWICH, *et al.*, <br><br> Defendants, and <br><br> CAPE WIND ASSOCIATES, LLC, <br><br> Intervenor. | Civil No. 10-cv-01067-RMU (consolidated) <br><br> **DEFENDANTS' NOTICE OF APPROVAL OF A CONSTRUCTION AND OPERATIONS PLAN FOR THE CAPE WIND ENERGY PROJECT** |
| ALLIANCE TO PROTECT NANTUCKET SOUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SALAZAR, *et al.*, <br><br> Defendants, and <br><br> CAPE WIND ASSOCIATES, LLC, <br><br> Intervenor. | |
| TOWN OF BARNSTABLE, MASSACHUSETTS, <br><br> Plaintiff, <br><br> v. <br><br> SALAZAR, *et al.*, <br><br> Defendants, and <br><br> CAPE WIND ASSOCIATES, LLC, <br><br> Intervenor. <br> MARTHA'S VINEYARD / DUKES COUNTY | |

| |
|---|
| FISHERMEN'S ASSOCIATION, *et al.*, |
| Plaintiffs, |
| v. |
| SALAZAR, *et al.*, |
| Defendants, and |
| CAPE WIND ASSOCIATES, LLC, |
| Intevenor. |

## INTRODUCTION

Defendants Michael R. Bromwich, Director of the U.S. Bureau of Ocean Energy Management, Regulation and Enforcement ("BOEMRE"), *et al.*, hereby give notice of BOEMRE's approval of a Construction and Operations Plan ("COP") for the Cape Wind Energy Project.  On April 18, 2011, BOEMRE issued a Record of Decision approving the COP submitted by Cape Wind Associates ("CWA") with certain modifications and conditions.  See Exhibit 1.  BOEMRE also issued an Environmental Assessment ("EA") providing analysis of information received since it made a decision to issue a lease to CWA on April 28, 2010.  See Exhibit 2.  The COP submitted by CWA is available in its entirety on BOEMRE's website at:

http://www.boemre.gov/offshore/RenewableEnergy/CapeWind.htm.

Respectfully submitted this 20th day of April, 2011.

> IGNACIA S. MORENO
> Assistant Attorney General
>
> /s/ *Luther L. Hajek*
> LUTHER L. HAJEK, D.C. Bar No. 467742
> SAMANTHA KLEIN FRANK
> Trial Attorneys
> U.S. Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington, D.C.  20044-0663
> Tel.: (202) 305-0492 / (202) 305-0474
> Facsimile: (202) 305-0506
> Luke.Hajek@usdoj.gov
>
> ERIK E. PETERSEN, D.C. Bar No. 489073
> Trial Attorney
> U.S. Department of Justice
> Environment & Natural Resources Division
> Wildlife & Marine Resources Section
> Ben Franklin Station, P.O. Box 7369

Washington, D.C. 20044-7369
Telephone: (202) 305-0339
Facsimile: (202) 305-0275

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2011, I electronically filed the foregoing DEFENDANTS' NOTICE OF APPROVAL OF A CONSTRUCTION AND OPERATIONS PLAN FOR THE CAPE WIND ENERGY PROJECT with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

                                              */s/ Luther L. Hajek*
                                              LUTHER L. HAJEK