Attachment

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PUBLIC EMPLOYEES FOR
ENVIRONMENTAL RESPONSIBILITY, *et al.,*

        Plaintiffs,

    v.

TOMMY P. BEAUDREAU, *et al.,*

        Defendants, and

CAPE WIND ASSOCIATES, LLC,

        Intervenor.

Civil Action No. 10-cv-01067-RBW-DAR
(consolidated)

## [PROFFERED] BRIEF *AMICUS CURIAE* OF
## WHALE AND DOLPHIN CONSERVATION (NORTH AMERICA)

Whale and Dolphin Conservation (North America) ("WDC-NA"), submits this brief *amicus curiae* in support of Plaintiffs.

## INTRODUCTION

This case involves the approval, by the Bureau of Ocean Energy Management, ("BOEM"), a sub-agency of the Department of the Interior, of a wind-energy project proposed for Nantucket Sound. The "Cape Wind" project would involve construction, operation, and eventual decommissioning of an offshore wind farm in federal waters. This sizable project would involve the operation of 130 wind turbines on a 46-square mile tract of submerged federal land. The construction, operation, and maintenance of the project would also involve an increase

in vessel traffic transiting to and from the project site, in areas where endangered whales have been seen, including the critically endangered North Atlantic right whale (*Eubalaena glacialis*).

While all marine mammals face a variety of threats, one of the most significant threats faced by large whales is the risk of vessel strikes. It is a logical conclusion that any increase in vessel traffic necessarily includes an increased risk of vessels striking these critically endangered whales. For endangered Gulf of Maine humpback whales, the loss of only a few animals might trigger a significant backward slide towards population decline. With North Atlantic right whales, the risk is even more serious, with the potential loss of even one reproductively mature female potentially becoming a catalyst towards extinction.

## BACKGROUND – The Nature and Scale of the Species Extinction Threat

On a global scale, plant and animal species are becoming extinct at a rate that is almost unprecedented, one that rivals the greatest extinction events the world has witnessed.  Fossil records reveal that five major "waves" of extinction have washed across the thin veneer that forms the Earth's biosphere.[1]  Of these the most recent and well-known is the Cretaceous, notable because it was brief and violent, the result of a massive meteor strike.  It evidently caused the extinction of approximately 12 percent of extant species, including all of the dinosaurs.[2]

––––––––––––––––––––––––––

[1]  These occurred in the Ordovician (440 million years ago), Devonian (365 million), Permian (245 million), Triassic (210 million), and Cretaceous eras (65 million).   National Academy of Sciences, National Research Council, <u>Science and the Endangered Species Act</u>,  26-28 (1995).

[2]  <u>Id</u>.  <u>See also</u> Edward O. Wilson, <u>The Diversity of Life</u> 80 (1992) (cited hereinafter as "<u>The Diversity of Life</u>").  <u>See also</u> National Academy of Sciences, National Research Council, <u>Science and the Endangered Species Act</u>  19 (1995)

We are now in the midst of what is generally understood as the sixth wave of extinction, "the most catastrophic loss of species in the last 65 million years."[3]   The current wave of extinction differs from its predecessor in two primary respects.  First, it is the result not of a meteor or an ice age, but rather the intentional destruction of habitat by humans.  The second respect in which the current wave of extinction differs from its predecessor is that the number of species lost is expected to be greater.  The best estimate is that unless current trends are interrupted, by the year 2020 up to 20% of all extant species will no longer exist.[4]   Given that current scientific data indicates that approximately nine to 30 million species now exist,[5] this

---

3/  Committee on International Science, Task Force on Global Biodiversity, National Science Board, Loss of Biological Diversity: A Global Crisis Requiring International Solutions 1 (1989).

4/  This is the estimate of Pulitzer-prize winning Harvard scientist Edward O. Wilson.  See The Diversity of Life, supra, at 346. See also International Union for the Conservation of Nature, Red List of Threatened Animals ii (1996) ("All known species of birds and mammals have been evaluated, with the result that 25% of mammal species and 11% of bird species are classified as being threatened with extinction. Not all reptile, amphibian, and fish species have been assessed, but of those that have been evaluated, rough estimates of the percent that are threatened are: 20% of reptiles, 25% of amphibians, and 34% of fishes...").

5/  C. Mora, D. Tittensor, S. Adl, A. Simpson, B. Worm, How Many Species Are There on Earth and in the Ocean?, How Many Species Are There on Earth and in the Ocean? PLoS Biol 9(8): e1001127. doi:10.1371/journal.pbio.1001127 (2011) (estimating 8.7 million species); United Nations Environment Program, Global Biodiversity Assessment 111 (1995) (estimating 13-14 million); D. Chadwick and J. Sartore, The Company We Keep: America's Endangered Species 17 (Nat'l Geo. Soc'y 1996) (estimating 30 million); The Diversity of Life at 346 (estimating 10-100 million).

means an average extinction rate of scores if not hundreds of species per day.[6/]  This represents

an increase over the "normal" rate of extinction by a factor of 10 to 1000.[7/]

      These disturbing trends mirror the sad history of North America's declining wildlife

resources.  When European settlers arrived, the dominant characteristics of our wildlife were

grandeur and abundance -- in terms of both density and diversity.  Since then the richness of the

wildlife populations that once blanketed the plains, filled the rivers, and at times obscured the

sun has been decimated.  Waterfowl, songbird, and anadromous fish population levels are today

only a fraction of what they once were.[8/]  The 30-50 million Bison that once freely roamed the

vast prairie grasslands of the continent's midsection were reduced in number to a few hundred.

The California Condor, the Whooping Crane, and the Black-footed Ferret exist largely under the

direct control of federal managers.

      Moreover, hundreds of endemic species of North American wildlife have disappeared

altogether.[9/]  The Atlantic Gray Whale,  the Labrador Duck, the Eastern Mountain Lion, the

---

[6/]   The current rate of extinction in the tropical rainforests alone is estimated to exceed several
score species per day.  Edward O. Wilson, Biophilia and the Conservation Ethic, in The
Biophilia Hypothesis, 35, 36 (Stephen R. Kellert & Edward O. Wilson, eds., 1993) (this estimate
was limited to birds and mammals).

[7/]  National Academy of Sciences, National Research Council, Science and the Endangered
Species Act 26 (1995).  The legislative history to the 1978 amendments to the Act indicated that
Congress, relying on Department of the Interior reports, believed the prevailing global rate of
extinction to be only approximately 30 species per year.  See Senate Comm. on Environment and
Public Works, A Legislative History of the Endangered Species Act of 1973, As Amended in
1976, 1977, 1978, 1979, and 1980, 97th Cong., 2d Sess. 819 [hereinafter "1982 Legislative
History"] (floor remarks of Rep. Murphy) (1982).

[8/]  The Diversity of Life, supra, at 256 (1993).

[9/]  Since the 1500s, at least 500 North American species have gone extinct.  Douglas Chadwick
and J. Sartore, The Company We Keep: America's Endangered Species 17 (Nat'l Geo. Soc'y
1996).

Audubon Bighorn Sheep, and the Passenger Pigeon are just a few of those that are gone forever. More than 500 species are known to be extinct in this country, or cannot be found and are feared to be extinct.[10] If anything, the pace of the decline is increasing. Since 1980, the Dusky Seaside Sparrow has disappeared from Florida[11] and Hawaii has lost five bird species.[12] In the mid-Atlantic states, populations of migratory songbirds have declined by 50 percent over the same period.[13] In the Pacific Northwest, dam construction and under-regulated fishing have led to the extinction of at least 106 major populations of salmon and steelhead.[14] A recent survey of one-fifth of all U.S. species estimated that more than 6,500, approximately one third, are at risk of extinction.[15] Only 1304 of these have been placed on the official lists of endangered and threatened U.S. species.[16]

---

10/ The Nature Conservancy, 1997 Species Report Card, The State of U.S. Plants and Animals 1 (1997).

11/  This species was one of a number of species, including several small mammals, that were declared extinct on the same day.  See generally, Charles L. Cadieux, "The Dusky Seaside Sparrow," in These Are The Endangered  (Stone Wall Press 1981).

12/ Hawaii State Department of Land & Natural Resources, Hawaii's Extinction Crisis: A Call to Action 18 (1991).

13/ The Diversity of Life, supra, at 256.

14/  Nehlsen et al., Salmon at the Crossroads; Stocks at Risk from California, Idaho, Oregon & Washington, Fisheries 16(2):4-21 (1991).  See generally, The Wilderness Society, Living Landscape - Vol.  2 - Pacific Salmon and Federal Lands (1993) (all seven species of native Pacific salmon have disappeared from 38% of their historic range; in 56% of their historic range more than half are at risk of extinction)

15/ The Nature Conservancy, 1997 Species Report Card, The State of U.S. Plants and Animals, Appendix 1, table 3 (1997).  See also President's Council on Environmental Quality, 1991 Annual Report [estimating 9,000 species at risk].

16/ U.S. Fish & Wildlife Service, Environmental Conservation Online System, http://ecos.fws.gov/tess_public/pub/listedAnimals.jsp (last viewed June 18, 2013).

The Special Case of the North American Right Whale

> "...you will take great interest in thinking how this mighty monster is actually a diademed king of the sea, whose green crown has been put together for him in this marvelous manner." H. Melville, *Moby Dick*, Chapter LXXV (1851).

The North Atlantic right whale, Eubalaena glacialis, is a critically endangered species, of which approximately 300 individuals are thought to exist – down from 350 in 1991.[17] According to NMFS, "..there has been no apparent sign of recovery in the past 15 years and the species may be rarer and more endangered than previously thought."[18]

Once found throughout the entire North Atlantic, the only remaining habitat for the species is along the east coast of the United States from the Canada border to Florida. Right whales migrate from their winter calving grounds off the Southeast US, through waters off the mid-Atlantic states, north to rich feeding and nursery areas off the New England coast. *See* 73 Fed. Reg. 60,173 at 60,180 (October 10, 2008). Named for being the "right whale" for hunting, the National Marine Fisheries Service ("NMFS") has stated that North Atlantic right whales are "... with the exception of North Pacific right whales, the world's most critically endangered large whale species and one of the world's most endangered animals." Id. at 60,173.  While the whale's life span is not known, it is thought to parallel or exceed that of humans.  As is true for most long-lived mammals, right whales are slow to reproduce.  Females do not typically calve until they are 10 years of age and then give birth to only one calf, every three to five years.

---

[17] NMFS, Recovery Plan for the North Atlantic Right Whale (Eubalaena glacialis) 2004 Revision at v. (http://www.nmfs.noaa.gov/pr/pdfs/recovery/whale_right_northatlantic.pdf, last viewed June 18, 2013) (hereinafter "Recovery Plan"). But see the 2012 NMFS "stock assessment report," which suggests that the population may exceed 444 individuals. NMFS, U.S. Atlantic and Gulf of Mexico Marine Mammal Stock Assessments - 2012 at 10, http://www.nmfs.noaa.gov/pr/sars/pdf/ao2012.pdf (last viewed June 18, 2013).

[18] Id.

Though they are not subject to predation, life for right whales is anything but easy or quiet. Whales are likely to encounter ship traffic, commercial fishing gear, and high levels of noise, among other hazards, throughout their entire range, including the waters of Nantucket Sound.  The cumulative effects of all these harms together can be far more detrimental then any one alone, but the greatest risk remains that of ship strikes and gear entanglements.  <u>See</u>



N. Am. Right Whale #3853, fatally injured by boat propeller.  <u>See</u>, North American Right Whale Consortium, <u>18 Calves and Counting: Mid-Season Report from the SEUS Calving Area</u> (2011), <u>http://www.narwc.org/pdf/rwn/rwfeb11.pdf</u> (last viewed June 18, 2013).

Recovery Plan at IG-1 ("The greatest known current cause of right whale mortality in the western North Atlantic is collision with ships.").

The Potential Biological Removal  rate ("PBR") for this animal, which is the number of animals that may be removed due to anthropogenic activity while still allowing that stock to reach or maintain its optimum sustainable population, is consistently set at below 1, meaning that

even the loss of one right whale each year could be the difference between survival and extinction for the species. See the "stock assessment report" cited in n. 17, supra at 10. Nevertheless, the reported annual rate of serious injury and mortality of right whales from human causes has consistently been two to three times greater than the PBR since 1995. Id. These numbers should be considered an underestimate, as not all right whale injuries and mortalities are reported.

Legal Protections for the Right Whale

The first protections for right whales came through an international treaty in 1935.[19] Modern right whales are also protected within U.S waters under both the Marine Mammal Protection Act, 16 U.S.C. § 1361 et seq. ("MMPA") and the Endangered Species Act ("ESA"), 16 U.S.C. § § 1531-1544. See Recovery Plan at v. But, as noted above, these legislative enactments, and the associated designation, recovery, and enforcement actions conducted by regulatory agencies, have been insufficient to prevent the decline of the species. This underscores the need for rigorous judicial enforcement of the applicable laws and regulations.

An historical review of the common law reveals that of the three branches of government, the judiciary has traditionally shown leadership in protecting wildlife resources against varied threats.[20] When, via the Endangered Species Act, Congress first entered the field in a broad-scale manner, it naturally delegated much of the responsibility for executing the Act's regulatory programs to the executive branch. However, Congress preserved, and indeed placed heavy reliance on, the judiciary's traditional role as a defender of the under-represented resource, as

---

[19] Convention for the Regulation of Whaling, 49 Stat. 3079, T.S. 880 (1935).

[20] M. Bean, The Evolution of National Wildlife Law, 10-15 (1983).

evidenced by the inclusion in the Act of a strong citizen suit provision.[21/]  In *TVA v. Hill*, the Supreme Court strongly embraced the judiciary's role as a vigorous defender of these inherently under-represented entities, and denied its authority to balance the loss of species against the economic benefits of development projects:

> "Quite obviously, it would be difficult for a court to balance the loss of a sum certain -- even $100 million -- against a congressionally declared "incalculable" value, even assuming we had the power to engage in such a weighing process, which we emphatically do not."[22/]

## CONCLUSION

In this case there are many parties, holding diverse and generally noble interests, with much to gain or lose.  But it is the whales whose interests are, traditionally and inevitably, underrepresented.  Movant WDC-NA requests that the Court pay special attention to the interests of this voiceless and beleaguered species.

DATED:  June 21, 2013

Respectfully submitted,

/s/ James B. Dougherty

James B. Dougherty,  Esq.
D.C. Bar No. 939538
709 3rd St. S.W.
Washington, DC 20024
Phone: (202) 488-1140
Fax: (202) 484-1789
jimdougherty@aol.com

Attorney for Movant WDC-NA

---

[21/]  ESA §10(g)(1), 16 U.S.C. §1540(g)(1)

[22/]  437 U.S. 153, 187-88, 57 L. Ed. 117, 98 S.Ct. 2279 (1978).