# EXHIBIT C

## NOTICE TO THE BOEM OF PROJECT ABANDONMENT AND SURRENDER AND APPLICATION FOR RELINQUISHMENT OF COMMERCIAL LEASE FOR RENEWABLE ENERGY DEVELOPMENT ON THE OUTER CONTINENTAL SHELF

Please be advised that Cape Wind Associates, LLC has abandoned development of the proposed Cape Wind offshore wind project in Nantucket Sound and ceased all operation and accordingly hereby surrenders the associated Commercial Lease for Renewable Energy Development on the Outer Continental Shelf No. OCS-A-0478 and applies to relinquish said Lease pursuant to Section 285.435 of the BOEM's regulations.

(1) **Name:** Cape wind Associates, LLC ("CWA")

(2) **Contact name:** James Gordon, President

(3) **Telephone number:** 617-904-3100

(4) **Fax number:** 617-904-3109

(5) **E-mail address:** jgordon@capewind.org

6) **MMS-assigned lease or grant number:** OCS-A-0478

(7) **A description of the relinquished geographic area:** OPD Providence NK19-07 Block Numbers - Whole block 6530, Part of blocks 6479, 6480, 6481, 6529, 6531, 6532, 6579, 6580, 6581, 6582, within Nantucket Sound

(8) **The name, title, and signature of your authorizing official:** James Gordon, President

(9) **Statement of adherence:** CWA will adhere to the requirements of subpart I of part 285 of BOEM's regulations.

Cape Wind Associates, LLC

By: _____James S Gordon_____, President

Date 11/29, 2017